IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:09 CR 49
1:09 CR 64

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| ROLANDO CARBAJAL. | ) | |
| | ) | |

**THIS CAUSE** coming on to be heard before the undersigned, pursuant to a motion filed by counsel for the defendant entitled "Motion For Hearing on Status of Counsel" (#23). In the motion, the defendant's attorney advises that on January 7, 2010 the defendant filed a "pro se" objection to the Presentence Investigation Report that had been filed in this matter. Defendant's counsel requested that the court conduct a hearing to determine whether or not the defendant wished to represent himself in this matter or if he wished to be represented by counsel.

The court conducted an inquiry with the defendant. At that time, the defendant stated he did not wish to represent himself and he wished for Mr. Kilbourne to continue to represent him in the matter.

**ORDER**

IT IS, THEREFORE, **ORDERED** that the "Motion for Hearing on Status of Counsel" (#23) has been held and considering the motion as a Motion to Withdraw,

the motion is **DENIED** and Mr. Kilbourne is directed to continue to represent the defendant in this matter.

Signed: January 21, 2010

_____
Dennis L. Howell
United States Magistrate Judge